U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed June 18, 2012**

___

MTDZ 0013.000750I

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

IN RE:
TIMOTHY DALE HUMISTON                CASE NO: 11-10053-RLJ-13
LESLIE DAWN HUMISTON                 DATED: June 15, 2012
                                     HEARING DATE: January 4, 2012
_____

**ORDER DISMISSING CASE PURSUANT TO INTERLOCUTORY ORDER**
_____

Pursuant to the Interlocutory Order entered on JANUARY 9, 2012 providing that, if the above Debtor(s) does/do not BEGIN ADDITIONAL PAYMENTS OF $150.00 AND RESUME REGULAR PAYMENTS JANUARY 24, 2012, the case would be Dismissed without further notice to the Debtor(s). Debtor(s) has/have failed to COMPLY WITH THE INTERLOCUTORY ORDER.

It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED.

It is further ORDERED that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424